**UNITED STATES of America, Plaintiff—Appellee,**

**v.**

**Belinda Renee BRYANT, a/k/a Renee, Defendant—Appellant.**

No. 08–8302.

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2009.

Decided: March 23, 2009.

Belinda Renee Bryant, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before TRAXLER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Belinda Renee Bryant appeals the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp.2008) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Bryant,* Nos. 5:95–cr–00149–H–1; 5:05–cv–00075–H (E.D.N.C. Sept. 23, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*